# UNITED STATES DISTRICT COURT
for the
District of Alaska

Petition for Warrant for Person Under Supervised Release

| | | | |
|---|---|---|---|
| **Name of Defendant:** | Deyon Donnell Douglas | **Case Number:** | 3:19-CR-00100-001-SLG |
| **U.S. Marshals Service No.:** | 78623-112 | | |
| **Name of Judicial Officer:** | Honorable Sharon L. Gleason, Chief United States District Judge | | |
| **Date of Original Sentence:** | December 8, 2020 | | |
| **Original Offense:** | Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony | | |
| **Original Sentence:** | 51 months imprisonment followed by 3 years supervised release | | |
| **Type of Supervision:** | Supervised Release | | |
| **Supervision Commenced:** | January 5, 2024 | | |
| **Assistant U.S. Attorney:** | Bryan Wilson | **Defense Attorney:** | Jamie McGrady |

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes the defendant has violated the following condition(s) of Supervised Release:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1 | The defendant violated the Mandatory Condition of Supervision "You must not commit another federal, state or local crime," in that on January 18, 2024, the defendant was charged for Misconduct Involving a Controlled Substance in the Second Degree, a Class A felony, as evidenced by State of Alaska criminal case 3AN-24-00396CR. This is a Grade A violation. |
| 2 | The defendant violated the Mandatory Condition of Supervision "You must not commit another federal, state or local crime," in that on January 18, 2024, the defendant was charged for Misconduct Involving Controlled Substance in the Third Degree, a Class B felony, as evidenced by State of Alaska criminal case 3AN-24-00396CR. This is a Grade B violation. |
| 3 | The defendant violated the Mandatory Condition of Supervision "You must not commit another federal, state or local crime," in that on January 18, 2024, the defendant was charged for Misconduct Involving Weapons in the Third Degree – Felon in Possession, a Class C felony, as evidenced by State of Alaska criminal case 3AN-24-00396CR. This is a Grade B violation. |

4      The defendant violated the Mandatory Condition of Supervision "You must not commit another federal, state or local crime," in that on January 18, 2024, the defendant was charged for Driving Under the Influence of Alcohol, a Class A misdemeanor, as evidenced by State of Alaska criminal case 3AN-24-00396CR. This is a Grade C violation.

5      The defendant violated the Mandatory Condition of Supervision "You must not commit another federal, state or local crime," in that on January 18, 2024, the defendant was charged for Misconduct Involving Weapons in the Fourth Degree – Possessing While Intoxicated, a Class A misdemeanor, as evidenced by State of Alaska criminal case 3AN-24-00396CR. This is a Grade C violation.

**DECLARATION IN SUPPORT OF PETITION**

I, Benjamin Schmidt, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Deyon Donnell Douglas, and in that capacity declare as follows:

Upon a criminal records check by U.S. Probation and according to the indices from Alaska CourtView, the defendant was arrested on January 17, 2024, for driving while intoxicated. On January 18, 2024, the defendant was later charged under State of Alaska criminal case 3AN-24-00396CR for the following:

Count 1: Misconduct Involving Controlled Substance in the Second Degree, a Class A felony.

Count 2: Misconduct Involving Controlled Substance in the Third Degree, a Class B felony.

Count 3: Misconduct Involving Weapons in the Third Degree – Felon in Possession, a Class C felony.

Count 4: Driving Under Influence – Alcohol or Controlled Substance, a Class A misdemeanor.

Count 5: Misconduct Involving Weapons in the Fourth Degree – Possess While Intoxicated, a Class A misdemeanor.

**ADJUSTMENT TO SUPERVISION**

There has been not much progress for the defendant on supervision since he just started his term of supervised release on January 5, 2024. He is unemployed and was residing with his father and stepmom in Anchorage prior to his arrest. The defendant is currently in custody at the Anchorage Jail.

**RISK OF NONAPPEARANCE**

The defendant is a risk of nonappearance based on the following:

- Pending Charges
- Criminal Activity while under Supervision
- Supervised Release Status and Compliance
- Lack of Verifiable, Legitimate Employment
- Substance Abuse History

PROB 12C
Petition for Warrant for Defendant Under Supervised Release
Deyon Donnell Douglas 3:19-CR-00100-001-SLG

**RISK OF DANGER**

The defendant is a risk of danger based on the following:

- History/Charge Involving Violence
- History of Weapons Use
- Pattern of Similar Criminal Activity History
- Criminal Activity while under Supervision
- Prior Arrests and Convictions
- Substance Abuse History
- Violent Behavior History
- Supervised Release Status and Compliance

**U.S. PROBATION OFFICER RECOMMENDATION:**

The term of Supervised Release should be:

☒ Revoked

☐ Extended for _____ year, for a total term of _____ years.

☐ The conditions of Supervised Release should be modified as follows:

The defendant's criminal history category at the time of sentencing was VI, and the aforementioned allegations are Grade A, B and C violations. Grade A violations carry an advisory sentencing guideline range of 33 to 41 months; Grade B violations carry an advisory sentencing guideline range of 21 to 27 months; and Grade C violations carry an advisory sentencing guideline range of 8 to 14 months. The defendant's statutory maximum is two years.

Executed this 24nd day of January 2024 at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

Benjamin Schmidt
U.S. Probation Officer
January 24, 2024

PROB 12C
Petition for Warrant for Defendant Under Supervised Release
Deyon Donnell Douglas 3:19-CR-00100-001-SLG

Approved by:

_____
Chris Liedike
Supervisory U.S. Probation Officer