AO 442 (Rev. 11/11) Arrest Warrant



RECEIVED
FEB 08 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA </br> vs. </br> DEYON DONNELL DOUGLAS </br> *Defendant* | Received by U.S. Marshals Service 10:00 Jan 25, 2024 </br> Case Number: 3:19-CR-00100-001-SLG </br> USMS - D/ALASKA - WARRANTS </br> FID # 10961264 </br> WARRANT # 2406-0125-0165-D </br> Entered NCIC ___No___ </br> Entered APSIN ___ </br> Removed NCIC ___ </br> Removed APSIN ___ |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Deyon Donnell Douglas,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Petition ☒ Supervised Release Petition ☐ Pretrial Petition ☐ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release

Date: 1/25/2024

/s/Jessica D. Solnick
*Issuing officer's signature*

City and state: Anchorage, Alaska

Candice M. Duncan, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 01/25/2024, and the person was arrested on *(date)* 2-7-24
at *(city and state)* Anchorage, AK.

Date: 2-7-24

*Arresting officer's signature*

Anthony Cole DUSM
*Printed name and title*